# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| AARON STONEROCK, | Case No. 3:18-cv-00296 |
| Plaintiff, | |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **DECISION AND ENTRY** |
| Defendant. | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on September 10, 2019 (Doc. #9) is ADOPTED in full;

2. The Commissioner's non-disability decision on February 26, 2018 is vacated;

3. This matter is remanded to the Social Security Administration under sentence 4 of 42 U.S.C. § 405(g) for reconsideration consistent with the Report and Recommendations and this Decision and Entry; and

4. The case is terminated on the Court's docket.

September 27, 2019 \*s/Thomas M. Rose

    
_____
Thomas M. Rose
United States District Judge